UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:22-cv-60664

ANDRES TORO AND TREND AT, LLC,

    Plaintiffs,

v.

MITTERA GROUP, INC.,

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held on this matter on September 13, 2022.  The following were present:

| | | |
|---|---|---|
| X | 1. | Plaintiffs. |
| X | 2. | If plaintiffs are not individuals, the representative who appeared had total authority. |
| X | 3. | Defendant. |
| X | 4. | If defendant is not an individual, the representatives who appeared had total authority. |

The result of the conference is as follows:

| | |
|---|---|
| X | The conflict has been fully resolved. |
| ___ | The conflict has been partially resolved.  The parties are submitting a stipulation for the court's approval.  Some issues still require court resolution: _____ |
| ___ | The mediation has been continued. |
| ___ | The parties have reached a total impasse; all issues require court action. |

_____
Signature of Mediator
Steven A. Mayans – Certification #5364CR

cc:    The Honorable Rodolfo A Ruiz, II
        Kevin E. O'Reilly, Esquire
        Jerome Urbik, Esquire
        Marshall Bender, Esquire