**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-60664-RAR**

**ANDRES TORO** and **TREND AT, LLC**,

    Plaintiffs,

v.

**MITTERA GROUP, INC.**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal [ECF No. 28], filed on September 26, 2022.  The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees.  The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of September, 2022.

                                                        _____
                                                        **RODOLFO A. RUIZ II
                                                        UNITED STATES DISTRICT JUDGE**

cc:    counsel of record